

IT IS SO ORDERED
Judge James Ware

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

ANTOINE GOMIS,                                        NO. C 05-02335 JW

12

          Petitioner(s),                        **ORDER OF DISMISSAL**

   v.

13

ATTORNEY GENERAL ALBERTO

14

GONZALES,

15

          Respondent(s).

                            /

16

      On June 9, 2005, Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28

17

U.S.C. § 2254.  On that same day the Court sent a notification to Petitioner that he had neither paid

18

the filing fee nor submitted a completed application for leave to proceed in forma pauperis.  The

19

Court provided a copy of the correct form for application to proceed in forma pauperis.  The Court

20

also provided a return envelope, instructions, and a notification that the case would be dismissed if

21

Petitioner failed to pay the fee or file the completed application within thirty days.

22

      On July 18, 2005, Petitioner notified the Court that the United States Immigration and

23

Naturalization Service ("INS") /United States Immigration and Customs Enforcement ("ICE") had

24

custody of some of Petitioner's money, and "authorize[d]" INS/ICE to pay the filing fee.

25

      The Court gave Petitioner two choices: to pay the filing fee within thirty days, or to complete

26

and return an application to proceed in forma pauperis within thirty days.  Petitioner did not comply

27

28

Order of Dismissal
P:\PRO-SE\SJ.Jw\HC.05\gomis2335dismissal.wpd

1   with the Court's instructions.  Accordingly, this case is DISMISSED without prejudice for failure to

2   pay the filing fee.

3   The clerk shall close the file.

4

5   Dated: April 24__, 2006

6                                                    JAMES WARE
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Order of Dismissal
     P:\PRO-SE\SJ.Jw\HC.05\gomis2335dismissal.wpd              2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Antoine AG Gomis
Yuba County Jail
P. O. Box 1031
Marysville, Ca 95901-1031

**Dated: April 25__, 2006**                              **Richard W. Wieking, Clerk**

                                              **By:___/s/JW Chambers_____**
                                                    **Melissa Peralta**
                                                    **Courtroom Deputy**

Order of Dismissal
P:\PRO-SE\SJ.Jw\HC.05\gomis2335dismissal.wpd

United States District Court
For the Northern District of California